IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3:18-CR-00409-M |
| VS. | § | |
| | § | |
| **DWAINE CARAWAY (01)**, | § | |
| | § | |
| Defendant. | § | |

## **SCHEDULING ORDER FOR SENTENCING**

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this order.

The Presentence Report must be disclosed to the Court, the defendant, defendant's counsel, and the attorney for the Government, via electronic filing, **by October 18, 2018.**

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must be electronically filed **by November 1, 2018. IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.**

If written objections to the Presentence Report have been timely made, the Probation Office must electronically file any addendum to the Presentence Report **by November 15, 2018.**

Written objections to this addendum must be electronically filed **by November 23, 2018.**

Sentencing of the Defendant is **SET for December 14, 2018 at 9:00 a.m.**

Any motions for downward departure and sentencing memoranda must now be electronically filed **on or before November 30, 2018.** Character letters shall be e-mailed directly to the Court Coordinator, Amanda Stanley, at Amanda_Stanley@txnd.uscourts.gov, or mailed or hand delivered **on or before November 30, 2018**. No courtesy copies are required.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

Questions relating to this Order are to be directed to Amanda Stanley, at Amanda_Stanley@txnd.uscourts.gov, (214-753-2421).

SO ORDERED.

August 9, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE